**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARTIN J. HAYES,** | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:14-CV-0714 |
| | : |
| v. | |
| | :   (JUDGE MANNION) |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY, et al.,** | : |
| **Defendant**s | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion to remand, (Doc. 6), is **DENIED**.

**(2)** Reliance's motion to dismiss, (Doc. 4), plaintiff's complaint, (Doc. 1), is **GRANTED** and plaintiff's complaint is **DISMISSED**.

**(3)** The Clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 17, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0714-01-ORDER.wpd