# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTIN J. HAYES,** : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 3:14-CV-0714 |
| : | |
| v. : | |
| : | (JUDGE MANNION) |
| **RELIANCE STANDARD LIFE** | |
| **INSURANCE COMPANY, et al.,** : | |
| : | |
| **Defendant**s : | |

## Amended Order

In light of the memorandum issued on March 17, 2015, (Doc. 44), as well as the memorandum entered this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff's motion to remand, (Doc. 6), is **DENIED**, as to Counts I and II.

**(2)** Reliance's motion to dismiss, (Doc. 4), is **GRANTED**, as to Counts I and II, and they are **DISMISSED**.

**(3)** The remaining state law claims against Defendant JRG Advisors, LLC, Counts III and IV, are remanded to the Court of Common Pleas of Lackawanna County.

**(4)** The Clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 23, 2015**